UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11-cv-00176-JAW |
| ) | |
| MAINE DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 16, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss (Docket # 23) for failure to state a claim pursuant to 42 U.S.C. § 1983 of both sets of Defendant be and hereby is GRANTED.  To the extent the complaint alleges state law claims of medical malpractice against Corizon, Inc. and Tritch, those claims are dismissed without prejudice.

SO ORDERED.

　　　　　　　　　　　　　　　/s/ John A. Woodcock, Jr.＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　JOHN A. WOODCOCK, JR.
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of December, 2011